IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Higareda-Frutos, | No. CV-18-0491-PHX-SPL |
| Petitioner, | **ORDER** |
| v. | |
| Matthew G. Whitaker, Acting, et al., | |
| Respondents. | |

The Court has received Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1) The Court has also received the Response to the Petition for Writ of Habeas Corpus and Preliminary Injunction and/or Temporary Restraining Order (Doc. 16), Petitioner's Reply to Respondents' Response to Petition for Writ of Habeas Corpus and Motion for Preliminary Injunction and/or Temporary Restraining Oder (Doc. 17), Petitioner's Notice of Supplemental Authority (Doc. 18), and Petitioner's Notice of Appeal (Doc. 23) of the Court's April 5, 2018 Order. (Doc. 20) Additionally, the Court has also received the Report and Recommendation of the Magistrate Judge (Doc. 27), and Respondent's Objections to the Report and Recommendation. (Doc. 28)

The Court has undertaken an extensive review of the sufficiently developed record. After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by Judge Fine. This Court finds the Petitioner has received the requested relief.

The R&R will be adopted in full. Accordingly,

**IT IS ORDERED:**

1. That the Magistrate Judge's Report and Recommendation (Doc. 27) is **accepted** and **adopted** by the Court;

2. That the Respondent's Objections (Doc. 28) are **overruled**;

3. That the Petition for Writ of Habeas Corpus (Docs. 1) is **denied as moot**;

4. That a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **denied** because the dismissal of the Petition is justified, and reasonable jurists would not find the ruling debatable; and

5. That the Clerk of Court shall **terminate** this action.

Dated this 14th day of February, 2019.

Honorable Steven P. Logan
United States District Judge